Kevin R. McCarthy, VSB No. 14273
McCarthy & White, PLLC
1751 Pinnacle Drive, Suite 1115
McLean, VA 22102
703-770-9261
krm@mccarthywhite.com
Attorneys for Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| In re: | \* | |
| | \* | |
| MEGAN SKUBAL | \* | Case No. 13-14627-BFK |
| | \* | (Chapter 7) |
| Debtor(s). | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| KEVIN R. MCCARTHY, TRUSTEE, | \* | |
| | \* | |
| Plaintiff, | \* | |
| | \* | |
| vs. | \* | A.P. No. 14-01124-BFK |
| | \* | |
| THOMAS SKUBAL, a/k/a | \* | |
| TOM SKUBAL | \* | |
| 5701 Camino Del Sol, No. 306 | \* | |
| Boca Raton, FL 33433 | \* | |
| | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kevin R. McCarthy, Trustee, and Defendant Thomas Skubal, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss this action with prejudice as settled.

Respectfully submitted,

/s/ Kevin R. McCarthy
Kevin R. McCarthy, VSB 14273
McCarthy & White, PLLC
1751 Pinnacle Drive, Suite 1115
McLean VA  22102
703-770-9261
krm@mccarthywhite.com
Attorneys for the Trustee


/s/ Richard G. Hall
Richard G. Hall, VSB 18076
7369 McWhorter Place, Suite 412
Annandale, VA 22003
703-256-7159
richard.hall33@verizon.net
Attorney for Thomas Skubal