Kevin R. McCarthy, VSB No. 14273
McCarthy & White, PLLC
1751 Pinnacle Drive, Suite 1115
McLean, VA 22102
703-770-9261
krm@mccarthywhite.com
Attorneys for Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
*************************************
In re:                              *
                                    *
MEGAN SKUBAL                        *    Case No. 13-14627-BFK
                                    *    (Chapter 7)
           Debtor(s).               *
*************************************
KEVIN R. MCCARTHY, TRUSTEE,         *
                                    *
           Plaintiff,               *
                                    *
      vs.                           *    A.P. No. 14-01124-BFK
                                    *
THOMAS SKUBAL, a/k/a                *
TOM SKUBAL                          *
5701 Camino Del Sol, No. 306        *
Boca Raton, FL 33433           *
                                    *
           Defendant.               *
*************************************
```

ORDER OF DISMISSAL WITH PREJUDICE

Upon Consideration of the Stipulation Of Dismissal With Prejudice filed by Plaintiff Kevin R. McCarthy, Trustee, and Defendant Thomas Skubal, and pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(2), it is

ORDERED, that this action is dismissed with prejudice as settled.

Dated: Feb 10 2015

/s/ Brian F. Kenney

Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: February 10, 2015

I ask for this:

/s/ Kevin R. McCarthy
Kevin R. McCarthy, VSB No. 14273
McCarthy & White, PLLC
1751 Pinnacle Drive – Suite 1115
McLean, VA 22102
703-770-9261
Attorneys for Trustee

## Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by all necessary parties, pursuant to Local Rule 9022-1(C).

/s/ Kevin R. McCarthy
Kevin R. McCarthy

PARTIES TO RECEIVE COPIES:

all registered ecf participants who have appeared in this case